IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| 3M COMPANY, | : |
| Plaintiff, | : |
| | : CIVIL NO.: 11cv2445 (PAM/JSM) |
| v. | : |
| BI-SILQUE-ARTIGOS PARA CASA E ESCRITORIO, S.A. and BI-SILQUE VISUAL COMMUNICATION PRODUCTS, INC., | : **ORDER** |
| Defendant. | : |

Plaintiff 3M Company and Defendant Bi-Silque Visual Communication Products, Inc. ("Bi-Silque") having stipulated to Set Aside the Entry of Default against Bi-Silque, and the Court having found good cause for setting aside the default,

IT IS HEREBY ORDERED that:

1. The entry of default as to Defendant Bi-Silque Visual Communication Products Inc., entered October 3, 2011 is and shall be set aside;

2. Defendant Bi-Silque Visual Communication Products Inc. shall have until November 30, 2011 to answer or otherwise move with respect to the Complaint.

BY THE COURT:

Dated: November 7, 2011

s/Paul A. Magnuson
Honorable Paul A. Magnuson
Judge, United States District Court